```
              UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

JENNIE M. GARELLI,                : **CASE NO. 3:11-CV-2326**
                                  :
         Plaintiff                : (Magistrate Judge Smyser)
                                  :
     v.                           :
                                  :
AMERICAN CANCER SOCIETY-          :
EAST CENTRAL DIVISION, INC.,      :
                                  :
         Defendant                :

## ORDER

**IT IS ORDERED** that for the reasons stated in the memorandum opinion, that the defendant's motion to dismiss is **GRANTED IN PART and DENIED IN PART.** Counts I and II of the amended complaint are **DISMISSED.** The defendant's motion as to Count III, claiming retaliation, is **DENIED.**

                              */s/ J. Andrew Smyser*
                              J. Andrew Smyser
                              Magistrate Judge

Dated: May 31, 2012.