```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JENNIE M. GARELLI, | : | **CASE NO. 3:11-CV-2326** |
| Plaintiff | : | (Magistrate Judge Smyser) |
| v. | : | |
| AMERICAN CANCER SOCIETY-<br>EAST CENTRAL DIVISION, INC., | : | |
| Defendant | : | |

## ORDER

**IT IS ORDERED** that for the reasons stated in the memorandum opinion, that the defendant's motion to dismiss is **GRANTED IN PART and DENIED IN PART.** Counts I and II of the amended complaint are **DISMISSED.** The defendant's motion as to Count III, claiming retaliation, is **DENIED.**

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: May 31, 2012.